

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2015

No. 04-15-00012-CV

John E. **RODARTE**, Sr.,
Appellant

v.

Ralph **LOPEZ**, et al.,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-18884
Honorable Michael E. Mery, Judge Presiding

## O R D E R

    Appellees' motion for extension of time to file their brief is granted. We order the brief due August 4, 2015.

Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of July, 2015.

Keith E. Hottle
Clerk of Court